DANIEL E. SCOTT, J.,
concurring in part and dissenting in part
I dissent only as to Count IV.[1] “A number of Missouri decisions have held that recovery in tort for pure economic damages are only limited to cases where there is personal injury, damage to property other than that sold, or destruction of. the property sold due to some violent occurrence.” Autry Morlan Chevrolet Cadillac, Inc. v. RJF Agencies, Inc., 332 S.W.3d 184, 192 (Mo.App.2010). With exceptions inapplicable here, “the economic loss doctrine has been observed to prohibit a plaintiff from seeking to recover in tort economic losses that are contractual in nature.” Id. Otherwise, I concur.

. I am skeptical that Count V states a claim, but would give it the benefit of the doubt at the pleading stage since we must reverse and remand anyway.